1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   WYNTER L. DEAGLE, Cal Bar No. 296501
2  wdeagle@sheppardmullin.com
   12275 El Camino Real, Suite 100
3  San Diego, California 92130-4092
   Telephone:    858.720.8900
4  Facsimile:    858.509.3691

5  Attorneys for Defendant Tiffany and Company

6  NATHAN & ASSOCIATES, APC
   Reuben D. Nathan, Cal Bar No. 208436)
7  nathan@nathanlawpractice.com
   2901 W. Coast Highway, Suite 200
8  Newport Beach, California 92663
   Telephone:    949.270.2798
9
   LAW OFFICES OF ROSS CORNELL, APC
10 Ross Cornell, Cal Bar No. 210413
   rc@rosscornellaw.com
11 40729 Village Drive, Suite 8-1989
   Big Bear Lake, California 92315
12 Telephone:    562.612.1708

13 Attorneys for Plaintiff Samuel Dawkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| SAMUEL DAWKINS, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY, a New York corporation,<br><br>Defendants. | Case No. 1:25-cv-01277-KES-HBK<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO L.R. 144**<br><br>*Filed concurrently with Proposed Order*<br><br>District Judge:    Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta<br><br>Complaint served:    October 6, 2025<br>Current response date: October 27, 2025<br>New response date: November 24, 2025<br>Trial Date:    Not Set |
|---|---|

Plaintiff Samuel Dawkins, on behalf of himself and all similarly situated persons

("Plaintiff") and Defendant Tiffany and Company ("Defendant"), by and through their

1  undersigned counsel of record, stipulate as follows"

2      WHEREAS, on September 25, 2025, Plaintiff filed the operative Class Action Complaint

3  (the "Complaint") in the above-referenced action against Defendant in the United States District

4  Court for the Eastern District of California;

5      WHEREAS, on October 6, 2025, Plaintiff served the Complaint on Defendant;

6      WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's

7  deadline to respond is October 27, 2025;

8      WHEREAS, Defendant continues to analyze Plaintiff's claims and whether there is a basis

9  to file a motion to dismiss, and requires additional time to analyze these issues;

10     WHEREAS, the Parties agree that it would be efficient and preserve judicial and party

11 resources to continue Defendant's deadline to respond to Plaintiff's Complaint;

12     WHEREAS, the requested extension of time does not interfere with any existing deadlines

13 currently set by the Court;

14     WHEREAS, Defendant requests, and Plaintiff has agreed, to extend Defendant's deadline

15 to respond to the Complaint from October 27, 2025 up to and through November 24, 2025;

16     WHEREAS, there have been no such prior stipulations, and this stipulation does not

17 extend the time to respond to the initial complaint by more than a cumulative total of twenty-eight

18 (28) days from the date the response initially would have been due, and therefore does not require

19 an Order of this court pursuant to Local Rule 144(a)

20     THEREFORE, based on the facts set forth in the above recitals, the Parties jointly stipulate

21 and agree to extend Defendant's deadline to respond to the Complaint up to and through

22 November 24, 2025.

23     IT IS SO STIPULATED.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1 | Dated: October 27, 2025

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Wynter L. Deagle*
       WYNTER L. DEAGLE

Attorneys for Defendant Tiffany and Company

Dated: October 27, 2025

NATHAN & ASSOCIATES, APC

By     */s/ Reuben D. Nathan* (as authorized on 10-27-2025)
       REUBEN D. NATHAN

LAW OFFICES OF ROSS CORNELL, APC
ROSS CORNELL

Attorneys for Plaintiff Samuel Dawkins

-3-
STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT PURSUANT TO L.R. 144