SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Defendant Tiffany and Company

NATHAN & ASSOCIATES, APC
Reuben D. Nathan, Cal Bar No. 208436
nathan@nathanlawpractice.com
2901 W. Coast Highway, Suite 200
Newport Beach, California 92663
Telephone:    949.270.2798

LAW OFFICES OF ROSS CORNELL, APC
Ross Cornell, Cal Bar No. 210413
rc@rosscornelllaw.com
40729 Village Drive, Suite 8-1989
Big Bear Lake, California 92315
Telephone:    562.612.1708

Attorneys for Plaintiff Samuel Dawkins, on
behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SAMUEL DAWKINS, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY, a New York corporation,<br><br>Defendants. | Case No. 1:25-cv-01277-KES-HBK<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge:    Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Helena M. Barch-Kuchta<br><br>Trial Date:    Not Set |

Pursuant to Federal Rules of Procedure 16 and Local Rule 160, Plaintiff Samuel Dawkins, on behalf of himself and all similarly situated persons ("Plaintiff") and Defendant Tiffany and Company ("Defendant") (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have settled the above-entitled matter on January 14, 2026.

-1-

To accommodate the finalization of a written settlement agreement and the issuance of agreed-upon settlement amounts, the Parties respectfully request that the Court vacate all pending hearings and deadlines scheduled in this action, including the February 12, 2026 initial scheduling conference.

Plaintiff will file a Request for Dismissal with prejudice of the entire action against Defendant once settlement conditions are met, which the parties anticipate occurring within 30 days of this notice.

Dated: January 16, 2026

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

_____/s/ Wynter L. Deagle_____
WYNTER L. DEAGLE

*Attorneys for Defendant Tiffany and Company*

Dated: January 16, 2026

**NATHAN & ASSOCIATES, APC**

_____/s/ Reuben D. Nathan_ (as authorized on 1/16/2026)_____.
REUBEN D. NATHAN

LAW OFFICES OF ROSS CORNELL, APC
ROSS CORNELL

*Attorneys for Plaintiff and Putative Class*